UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FLORES,

                Plaintiff,

-against-

DEPARTMENT OF CORRECTIONS, ET AL.,

                Defendants.

1:20-CV-10122 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued April 13, 2021, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $400.00 in relevant fees, and his failure to file a declaration. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 13, 2021
            New York, New York

                                          COLLEEN McMAHON
                                          United States District Judge